IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GIANNI WILLIAMS     PLAINTIFF

V.     CIVIL ACTION NO.: 4:19CV-00089-NBB-JMV

CITY OF GREENWOOD ET AL.     DEFENDANTS

## ORDER

This matter is before the court upon the motion [10] of the defendants to stay this case pending the disposition of a related criminal proceeding in the state courts. This court, having considered the motion and been advised that it is unopposed, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED that all proceedings in the above-captioned cause of action are hereby **STAYED** until November 7, 2019. Upon the expiration of the stay, the parties shall contact the court within five (5) days to request a status conference.

Defendants shall notify the undersigned of the status of the criminal matter within seven (7) days of any early resolution or change of its trial setting.

**SO ORDERED**, this the 8th day of August 2019.

                         /s/ Jane M. Virden
                         **UNITED STATES MAGISTRATE JUDGE**