## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**GIANNI WILLIAMS**                                                                                  **PLAINTIFF**

**V.**                                                  **Civil Action No.: 4:19-CV-089-NBB-JMV**

**CITY OF GREENWOOD, POLICE CHIEF
RAY MOORE, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, OFFICER JERRY
WILLIAMS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, AND OFFICER
JOHN DOE, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY**                                             **DEFENDANTS**

## ORDER

THIS MATTER, having come before this Honorable Court, on Plaintiff's Motion to Substitute Real Party in Interest, and this Court, having considered the same, finds the motion to be well taken, and it is hereby GRANTED.

IT IS THEREFORE, ORDERED, and ADJUDGED, that Plaintiff shall be allowed to file his Amended Complaint substituting "John Doe" for "Officer Kevin S. Hayes" as a Defendant.

**SO ORDERED** this, the 7th day of November, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

ORDER PREPARED BY:

*/s/ Carlos E. Moore*

Carlos E. Moore, MSB# 100685
**THE COCHRAN FIRM – MS Delta**
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: carlos@tuckermoorelaw.com
*Attorney for Plaintiff*

AGREED:

*/s/ Nicholas F. Morisani*

G. Todd Butler, MSB# 102907
Nicholas F. Morisani, MSB# 104970
**PHELPS DUNBAR, LLP**
4270 I-55 North
P. O. Box 16114
Jackson, MS 39236-6114
601-352-2300 – phone
601-360-9777 – fax
Email: butlert@phelps.com
           morisanin@phelps.com
*Attorneys for Def. City of Greenwood, Police Chief Ray Moore, & Officer Jerry Williams*