IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GIANNI WILLIAMS     PLAINTIFF

V.     CIVIL ACTION NO.: 4:19CV-00089-NBB-JMV

CITY OF GREENWOOD ET AL.     DEFENDANTS

## ORDER

This matter is before the court upon the motion [19] of the defendants to stay this case pending the resolution of a related criminal proceeding in the state courts. This court, having considered the motion and been advised that it is unopposed, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED that all proceedings in the above-captioned cause of action are hereby **STAYED** until the earlier of a resolution of the criminal matter or April 30, 2020. Upon the first of these events to occur, the parties shall contact the court within five (5) days to request a status conference.

**SO ORDERED**, this the 18th day of November, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**