IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GIANNNA WILLIAMS**                                                    **PLAINTIFF**

**v.**                                                   **CIVIL ACTION NO. 4:19-cv-00089-NBB-JMV**

**CITY OF GREENWOOD et al**                                        **DEFENDANTS**

## **ORDER**

This matter is before the court upon the third motion [23] of the defendants[1] to stay this case pending the resolution of a related criminal proceeding in the state courts. This court, having considered the motion and been advised that it is unopposed, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED that all proceedings in the above-captioned cause of action are hereby **STAYED** until three (3) days after a resolution of the criminal matter, unless the stay is earlier lifted *sua sponte*. Further, the parties shall advise to the court regarding any further trial continuance. Finally, upon the completion of the criminal trial, the parties shall immediately give notice to the court.

**SO ORDERED**, this the 28th day of May, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Counsel for the defendants has indicated that Officer Hayes, defendant, also joins in this motion but was inadvertently excluded from the list of movants.