# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**GIANNA WILLIAMS**                                                                        **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO. 4:19-CV-00089-NBB-JMV**

**CITY OF GREENWOOD** *et al.*                                                 **DEFENDANTS**

## **ORDER**

This matter is before the court consistent with the court's order [25] staying this case pending the resolution of a related criminal case in the state courts. Counsel has notified the court that that case has been closed. Therefore, the stay should be lifted.

IT IS THEREFORE ORDERED that the stay of this case is hereby lifted, and a case management conference will be set by further notice.

**SO ORDERED**, this the 29th day of October, 2020.

                                                           /s/ Jane M. Virden
                                                           **UNITED STATES MAGISTRATE JUDGE**