IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GIANNI WILLIAMS                                                                                     PLAINTIFF

V.                                                              CIVIL ACTION NO. 4:19-cv-89-NBB-JMV

CITY OF GREENWOOD, MISSISSIPPI,
POLICE CHIEF RAY MOORE, in his
individual and official capacities,
OFFICER JERRY WILLIAMS, in his
individual and official capacities, and
OFFICER KEVIN S. HAYES, in his
individual and official capacities                                                                 DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**. The plaintiff's federal claims are dismissed with prejudice, and his state law claims are dismissed without prejudice. This case is closed.

This 31st day of March, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE